LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 007491
California Bar No. 207026
**Law Office of Lisa Rasmussen, P.C.**
601 South 10th Street, Suite #100
Las Vegas, NV 89101
Tel.   (702) 471-1436
Fax.   (702) 489-6619
Email: Lisa@LRasmussenLaw.com

Attorneys for Petititoner Latisha Babb

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LATISHA MARIE BABB, | Case No.: 2:05-cr-0061 RFB -VCF |
| Petitioner, | **MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR EVIDENTIARY HEARING** |
| vs. | |
| JENNIFER LOZOWSKY, | |
| Respondent. | |

COMES NOW the Petitioner, Latisha Babb, by and through her counsel, Lisa Rasmussen, and hereby moves this Court for an order extending the time required to file the Motion for Evidentiary Hearing for a period of 90 days.  This request is made and based upon the following:

1. The parties had a hearing on this matter in mid July 2018 to address the status.
2. This case was returned from the Ninth Circuit several years ago.  Ms. Babb is serving two consecutive life without parole sentences and the remaining issues are arguably very important to Ms. Babb since her writ was granted in 2011 and then the Ninth Circuit reversed that decision.
3. At the hearing, the undersigned requested 90 days to brief the evidentiary hearing issue and to make a formal request via Motion.
4. The undersigned, at that time, was spending considerable time and effort in a

1. criminal case that was scheduled for an evidentiary hearing, <u>United States v. Uriah Crain</u>, 17-cr-325 RFB, a case which finally concluded in early September, but which required considerable time and effort on the part of the undersigned.

5. The undersigned also has several Ninth Circuit appeals with pending deadlines, two of which are substantial and complex cases.

6. The undersigned has been scrambling to prepare a Joint Pretrial Order for this Court in a civil case based on an order that was very recently issues. <u>Amsel, et al v. Gerrard and Eliades, et al</u>, 16-cv-999 RFB.

7. Furthermore, the undersigned tried a case in Pahrump from September 24th through September 28th, which took substantial effort and time and was particularly difficult because it was a trial in another jurisdiction.

8. Finally, and probably most substantially, the undersigned's law firm server was hacked by a ransomware hacker on April 28, 2018. All of the undersigned's files on the server were encrypted and cannot be read, despite substantial and ongoing efforts by the FBI to trace the hacker, who actually left a footprint. Ms. Babb's case dates back tio 2005 and the undersigned's file in this case is very large. The undersigned's firm is still in the process of rebuilding Ms. Babb's file from the older paper version and will be downloading other documents on file in this case to complete the rebuilding process of her file. This has taken substantial time and effort. The same effort was also required in the <u>Amsel</u> case referenced above.

For each of these reasons, an additional 90 days is requested. The undersigned has spoken to Ms. Babb about the need to request additional time. This Court indictated that it would likely accommodate a request if necessary. This request is not made for the purpose of delay, but rather is made to ensure that there is no prejudice to Ms. Babb.

Accordingly, it is respectfully requested that the Court extend the time to file a Motion for Evidentiary Hearing to January 15, 2019.

Respectfully submitted this 15th day of October, 2018.

**LAW OFFICE OF LISA RASMUSSEN, P.C**

*/s/ Lisa A. Rasmussen*

IT IS SO ORDERED:

_____
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 007491
California Bar No. 207026
610 South Tenth Street
Las Vegas, Nevada 89101
Telephone: 702-471-1436
Facsimile: 702-489-6619

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 22nd day of October, 2018.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I sent a copy of the foregoing MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR EVIDENTIARY HEARING to all persons registered for CM/ECF service in the above-entitled case, including but not limited to, on this 15th day of October, 2018:

Jeffrey Conner, Deputy Attorney General

*/s/ Lisa A. Rasmussen*
_____
LISA A. RASMUSSEN, ESQ.

- 3 -